UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 18-29042
Kathleen Rivecco ) 
 ) Chapter: 13
 ) Honorable Jack B. Schmetterer
 ) 
Debtor(s) ) 

**ORDER ON MOTION TO USE SELL OR LEASE PROPERTY 363(b)**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to USE SELL OR LEASE PROPERTY 363(b); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtor's Motion USE SELL OR LEASE PROPERTY 363(b) located at 626 Bryce Trail, Roselle, IL 60172 is hereby granted.

2. Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

3. Debtor will turn over all non exempt proceeds received from the sale after the Debtors homestead exemption is applied and all non exempt proceeds will be turned over to the Trustee toward the Chapter 13 Plan within 10 days of the closing.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 27 FEB 2019

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko