Form definm13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Kathleen Rivecco
626 Bryce Trail
Roselle, IL 60172
SSN: xxx−xx−9921 EIN: N.A.

Case No. : 18−29042
Chapter : 13
Judge : Jack B. Schmetterer

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES**
**OF REQUIRED DOCUMENTS FOR DISCHARGE**

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: April 25, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Kathleen Rivecco  
      Debtor

Case No. 18-29042-JBS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cshabez     Page 1 of 1     Date Rcvd: Apr 25, 2019  
                      Form ID: definm13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.  
db         +Kathleen Rivecco,    626 Bryce Trail,    Roselle, IL 60172-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:  
          David H Cutler    on behalf of Debtor 1 Kathleen  Rivecco cutlerfilings@gmail.com, r48280@notify.bestcase.com  
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
          Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com  
                                                                                                                                                TOTAL: 3